UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

    - v. - :

RAOUL GOLDBERGER,
  a/k/a "Raoul Goldberg,"
  a/k/a "Raoul Gold,"

            Defendant. :

- - - - - - - - - - - - - - - - - - x

INFORMATION

13 Cr. (CM)

13 CRIM 645

## COUNT ONE

The United States Attorney charges:

1. From at least in or about April 2013 up to and including in or about July 2013, in the Southern District of New York, RAOUL GOLDBERGER, a/k/a "Raoul Goldberg," a/k/a "Raoul Gold," the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substances involved in the offense were (i) oxycodone and (ii) amphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the controlled substance offense charged in Count One of this Information, RAOUL

Judge McMahon

GOLDBERGER, a/k/a "Raoul Goldberg," a/k/a "Raoul Gold," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violation charged in Count One of this Information, and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation charged in Count One of this Information.

### SUBSTITUTE ASSETS PROVISION

4.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of RAOUL GOLDBERGER, a/k/a "Raoul Goldberg," a/k/a "Raoul Gold," the defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAOUL GOLDBERGER,
a/k/a "Raoul Goldberg,"
a/k/a "Raoul Gold,"

Defendant.

### INFORMATION

13 Cr.    (CM)

(21 U.S.C. §§ 812, 841(a)(1), and 841(b)(1)(C);
18 U.S.C. § 2.)

PREET BHARARA
United States Attorney.

8/21/13 Fld Inf + Waiver of Ind.
AUSA Daniel Richenthal pres Deft.
Raoul Goldberger prey w/ Atty Jacob Laufer.
Consent to proceed bef Mag Judge.
Deft plead guilty to Inf. Sent date
12/5/13 4pm before Judge McMahon Deft
cont detained

Mag Judge Pohorelsky