Probation Form No. 35  
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 0208 1:13CR00645 (CM)

Raoul Goldberger

On December 5, 2017, the above named was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Raoul Goldberger be discharged from Supervised Release. .

Respectfully submitted,

by  *Robert L. Walsh*  
Robert L. Walsh  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __8__ day of __September__, 20__20__.

*Colleen McMahon*  
Honorable Colleen McMahon  
Chief U.S. District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 9/8/20